VISIONAIRE LIGHTING, LLC, Appellant, v O'CONNELL ELECTRIC COMPANY, INC., Respondent. [842 NYS2d 352]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered June 30, 2006 in a breach of contract action. The order, insofar as appealed from, denied in part plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Pine, JJ.